# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| MAURA O'NEILL, as administrator of the | ) | |
| Estate of Madelyn E. Linsenmeir, | ) | |
| | ) | |
| Plaintiff, | ) | **Civil Action No. 20-CV-30036** |
| v. | ) | |
| CITY OF SPRINGFIELD, MOISES | ) | |
| ZANAZANIAN, REMINGTON MCNABB, | ) | |
| SHEILA RODRIGUEZ, HAMPDEN | ) | |
| COUNTY SHERIFF'S DEPARTMENT, and | ) | |
| JOHN/JANE DOES NOS. 1-5, | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE

The undersigned attorney hereby enters his appearance as counsel for the Plaintiff in this action.

Respectfully submitted,

 /s/ David Milton
David Milton, BBO # 668908
**Prisoners' Legal Services**
**Of Massachusetts**
50 Federal Street, 4th Floor
Boston, MA 02110
(617) 482-2773
dmilton@plsma.org

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Date: March 5, 2020                                    /s/ David Milton