UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____<br>MAURA O'NEILL, as administrator )<br>Of the Estate of Madelyn E. Linsenmeir, )<br>            Plaintiff, )<br>v. )<br> )<br>CITY OF SPRINGFIELD, MOISES )<br>ZANAZANIAN, REMINGTON MCNABB,)<br>SHEILA RODRIGUEZ, HAMPDEN )<br>COUNTY SHERIFF'S DEPARTMENT, )<br>And JOHN/JANE DOES NOS. 1-5, )<br>            Defendants )<br>_____) | Civil Action No.: 3:20-cv-30036 |

## **ASSENTED TO MOTION TO EXTEND TIME FOR**

## **DEFENDANT, CITY OF SPRINGFIELD, TO FILE RESPONSIVE PLEADING**

NOW COMES the Defendant, City of Springfield ("City"), in the above-entitled action and hereby requests this Honorable Court grant an extension to file a responsive pleading to the Complaint. As reasons therefore, the City states that the responsive pleading was due on or about May 4, 2020, however, due to an internal error the due date was incorrectly recorded at May 11, 2020. When Plaintiff brought the mater to our attention, counsel assented to this short continuance. Accordingly, the City would like until May 11, 2020 to file its responsive pleading in this matter.

WHEREFORE, for the foregoing reasons, the Defendant, City of Springfield, hereby respectfully requests this Honorable Court grant an extension from May 4, 2020 to May 11, 2020 to file its responsive pleading.

1

## CERTIFICATE OF CONSULTATION

I, Lisa C. deSousa, hereby certify that I conferred with Plaintiff's counsel about the filing of this motion via email and on May 5, 2020 they assented to the filing same.

>Respectfully submitted,
>The Defendant, City of Springfield,
>By its attorneys,

Dated:  May 6, 2020

>/s/ Lisa C. deSousa
>Lisa C. deSousa, Esq. BBO#546115
>Jeremy Saint Laurent, Esq. BBO#698682
>City of Springfield Law Department
>1600 E. Columbus Ave., 2nd Floor
>Springfield, MA 01103
>Tel:     (413) 886-5205
>ldesousa@springfieldcityhall.com
>jsaintlaurent@springfieldcityhall.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true copy of the within motion was this day served upon the parties via the Federal Court's ECF Notice and Delivery System.  I am not aware of any party who is a non-registered participant, and therefore electronic filing is the sole means of service of this document.

Signed under the pains and penalties of perjury.

Dated: May 6, 2020

>/s/ Lisa C. deSousa
>Lisa C. deSousa, Esq.