# Exhibit B

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 3:20-cv-30036-MGM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Maria Sanchez on *(date)* 07/11/2022.

☑ I served the subpoena by delivering a copy to the named individual as follows: In hand to Maria Sanchez

at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

on *(date)* 07/12/2022 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 40.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/12/2022

*Server's signature*

B. Keith Wheeler
*Printed name and title*

25 Walnut Street
Suite 205
Wellesley Hills, Ma. 02481

*Server's address*

Additional information regarding attempted service, etc.: