# Exhibit D

Sir:

    The following Superior Officers reviewed Special Order #18-247.  The following recommendations are made to the Police Commissioner regarding the above mentioned administrative investigation:

**Deputy Chief Clapprood:**   Date: JANUARY 28, 2019

After Review of All Reports and RingCheck documents, it Appears The Large Gap in Missing Cell Checks during Off. Sanchez's tour as Female Matron is due to Human Error. Off. Sanchez, whether through Negligence or Sleeping missed several blocks of Rings. Her Id was checked on Nov 8, 2018 at 0830 by myself and it Registered Correctly.

                                     Dep. Chf Cheryl C Clapprood

**Commissioner Barbieri:**   Date: 01-29-19

Based on review/recommendation of Dep Ch.f Clapprood and my review.

"Sustained" — Ofc. Sanchez: probationary period has already been extended. Watch commander/supervisory to closely monitor regarding performance/retention.

    - On shift training Civilian Attendants and officers regarding Cell checks; roles/responsibilities.

    - Notification regarding 15 min ring checks — whether cells are occupied or empty — requirement to be posted prominently in Male/Female booking areas.

                                    Com JAB →