UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MAURA O'NEILL, as administrator of the Estate of Madelyn E. Linsenmeir,<br><br>                        Plaintiff,<br><br>v.<br><br>CITY OF SPRINGFIELD, *et al.*<br><br>                        Defendants. | C.A. No. 20-30036-MGM |

## ORDER

Plaintiff Maura O'Neill, as administrator of the Estate of Madelyn E. Linsenmeir (the "Estate"), issued a subpoena dated July 11, 2022 (the "subpoena") to Maria Sanchez pursuant to Rule 45 of the Federal Rules of Civil Procedure. The subpoena was served on Ms. Sanchez, in hand, on July 12, 2022.

The subpoena required Ms. Sanchez to appear for a deposition on July 21, 2022, at 10:00 a.m. at the offices of Goulston & Storrs PC, 400 Atlantic Ave., Boston, Massachusetts. The subpoena also required Ms. Sanchez to bring to the deposition records described on an attached Schedule A, including four specified categories of documents.

Ms. Sanchez did not appear for the deposition or produce any documents. The Estate has, consequently, moved to enforce the subpoena, including pursuant to Rule 45(g). The subpoena satisfies the requirements of Rule 45, including with respect to service and location of compliance. *See* Fed. R. Civ. P. 45(b) & (c). Further, enforcement is proper in the District of Massachusetts, the district where compliance is required. *See* Fed. R. Civ. P. 45(g). The Court will therefore

1

order Ms. Sanchez to comply with the subpoena by appearing for the deposition on August 30, 2022, and to produce the requested records at that time. *See, e.g., Sys. Tech. Resources v. United Vision Sols.*, No. 16-30138, 2018 WL 3853717, at *2-3 (D. Mass. Jun. 18, 2018). Should Ms. Sanchez fail to comply with this Order, the Court may initiate proceedings to require her to show cause why she should not be held in contempt. *See, e.g.*, 28 U.S.C. § 636(e)(6).

Accordingly, it is hereby ORDERED that:

1. The Estate's Motion to Enforce the Subpoena (D.E. 84) is ALLOWED.

2. Pursuant to Federal Rule of Civil Procedure 45, Maria Sanchez shall appear for a deposition on August 30, 2022, at 10:00 a.m. at the offices of Goulston & Storrs PC, 400 Atlantic Ave., Boston, Massachusetts. Ms. Sanchez shall bring to that deposition all records requested by the subpoena.

3. The Estate shall serve Ms. Sanchez with a copy of this Order, as well as an additional copy of the Schedule A to the subpoena specifying the documents to be produced.

**Ms. Sanchez is hereby warned that any failure to comply with this Order will trigger proceedings to hold her in civil and/or criminal contempt of court, potentially resulting in the imposition of any and all available consequences and penalties.**

SO ORDERED.

August 1, 2022

_____
Hon. Katherine A. Robertson, U.S.M.J.