UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAURA O'NEILL, as administrator of the Estate of Madelyn E. Linsenmeir,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SPRINGFIELD, MOISES ZANAZANIAN, REMINGTON MCNABB, SHEILA RODRIGUEZ, HAMPDEN COUNTY SHERIFF'S DEPARTMENT, and JOHN/JANE DOES NO. 1-5,<br><br>　　　　　Defendants. | Civil Action No. 3:20-cv-30036-MGM |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE, that Areeba Jibril of the ACLU of Massachusetts, respectfully withdraws her appearance as counsel for the Plaintiff. Ms. Jibril no longer serves as a legal fellow with the American Civil Liberties Union Foundation of Massachusetts, Inc. Counsel from the American Civil Liberties Union will remain as counsel of record for the Plaintiff.

Dated: September 2, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: /s/ *Areeba Jibril*
　　　　　　　　　　　　　　　　　　　　　　　Areeba Jibril *(PHV)*
　　　　　　　　　　　　　　　　　　　　　　　AMERICAN CIVIL LIBERTIES UNION
　　　　　　　　　　　　　　　　　　　　　　　 FOUNDATION OF MASSACHUSETTS, INC.
　　　　　　　　　　　　　　　　　　　　　　　One Center Plaza, Suite 850
　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　　　　　(617) 482-3170
　　　　　　　　　　　　　　　　　　　　　　　ajibril@aclum.org