# EXHIBIT L

Case 3:20-cv-30036-MGM   Document 111-12   Filed 01/19/23   Page 1 of 2

# Springfield Police Department

## Memorandum

To: Deputy Chief Cheryl Clapprood

From: Commissioner John R. Barbieri

CC: Deputy Chief William Cochrane
Captain Philip Tarpey
Lieutenant Stephen Wyszynski

Date: 11-9-18

Subject: **Pie 18-053 Investigation into report authored by Sergeant Albert Witkowsky (SO #18-247)**

Deputy Chief Cheryl Clapprood will do an audit on the cell ring system to ensure it is working properly. A report is to be submitted to the Commissioner's office with the findings.

30   12/7/18
60   1/8/19
90   2/7/19

Thank you

*[signature] J.R.R. Barbieri 11-9-18*

1