# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MAURA O'NEILL, as administrator of the Estate of Madelyn E. Linsenmeir,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SPRINGFIELD, MOISES ZANAZANIAN, REMINGTON MCNABB, SHEILA RODRIGUEZ, HAMPDEN COUNTY SHERIFF'S DEPARTMENT, and JOHN/JANE DOES NO. 1-5,<br><br>Defendants. | Civil Action No. 3:20-cv-30036-MGM |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Joshua M. Looney of Goulston & Storrs PC as counsel for the Plaintiff, Maura O'Neill, as administrator of the Estate of Madelyn E. Linsenmeir ("Plaintiff") in the above-captioned action. Plaintiff is still represented by other counsel in this matter.

Respectfully submitted,

 */s/ Joshua M. Looney*
Joshua M. Looney (BBO#: 703636)
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110-3333
Telephone: (617) 482-1776
*jlooney@goulstonstorrs.com*

Dated:  November 9, 2023

2

## CERTIFICATE OF SERVICE

      I, Joshua M. Looney, hereby certify that on November 9, 2023, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

                                                   */s/ Joshua M. Looney*  
                                                   Joshua M. Looney