UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAURA O'NEILL, as administrator ) <br> Of the Estate of Madelyn E. Linsenmeir, ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CITY OF SPRINGFIELD, MOISES ) <br> ZANAZANIAN, REMINGTON MCNABB,) <br> SHEILA RODRIGUEZ, HAMPDEN ) <br> COUNTY SHERIFF'S DEPARTMENT, ) <br> And JOHN/JANE DOES NOS. 1-5, ) <br> Defendants ) <br> ) | Civil Action No.: 3:20-cv-30036 |

## **DEFENDANTS', CITY OF SPRINGFIELD, SHEILA RODRIGUEZ, MOISES ZANAZANIAN and REMINGTON MCNABB, MOTION FOR SUMMARY JUDGMENT**

Now come the Defendants, City of Springfield, Sheila Rodriguez, Moises Zanazanian and Remington McNabb ("Municipal Defendants") and respectfully move this Honorable Court enter summary judgment in their favor pursuant to F.R.Civ.P. 56 on all Counts directed to them, i.e. Counts I and Count IV.  Municipal Defendants state that they are entitled to judgment as a matter of law based on the undisputed material facts. In support, the Municipal Defendants submit their memorandum of law and statement of undisputed facts with exhibits.

## **REQUEST FOR ORAL ARGUMENT**

Municipal Defendants respectfully request, pursuant to L.R. 7.1(4)(d), that a hearing for oral argument be scheduled in this matter.

1

## **L.R. 7.1 (A)(2) CERTIFICATION**

The undersigned hereby certify that they have advised Plaintiffs' counsel of the filing of this motion, via email and telephone.

                                                          Respectfully submitted,
                                                          Defendants, City of Springfield and
                                                          Sheila Rodriguez, by their attorneys,

Dated:  December 21, 2023

                                                          */s/ Lisa C. deSousa*
                                                          Lisa C. deSousa, Esq. BBO #546115
                                                          City of Springfield Law Department
                                                          1600 E. Columbus Ave., 2nd Floor
                                                          Springfield, MA 01103
                                                          Tel:     (413) 886-5205
                                                          ldesousa@springfieldcityhall.com

                                                          Defendant Moises Zanazanian,
                                                          by his attorney,

                                                          */s/ John K. Vigliotti*
                                                          John K. Vigliotti, Esq. BBO #642337
                                                          Reardon, Joyce & Akerson, P.C.
                                                          4 Lancaster Terrace
                                                          Worcester, MA 01609
                                                          Tel: (508) 754-7284
                                                          jvigliotti@rja-law.com

Defendant, Remington McNabb,
by his attorney,

*/s/ Kevin B. Coyle*
Kevin B. Coyle, Esq. BBO #103540
1299 Page Boulevard
Springfield, MA 01104
Tel: (413) 787-1524
attycoyle@aol.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true copy of the within was this day served upon the parties via the Federal Court's ECF Notice and Delivery System. I am not aware of any party who is a non-registered participant, and therefore electronic filing is the sole means of service of this document.

Signed under the pains and penalties of perjury.

Dated: December 21, 2023         /s/ Lisa C. deSousa
                                 Lisa C. deSousa, Esq.

3