UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MAURA O'NEILL, as administrator of the Estate of Madelyn E. Linsenmeir,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CITY OF SPRINGFIELD, *et al.*<br><br>　　　　　　　　　Defendants. | Civil Action No. 3:20-cv-30036-MGM |

## JOINT MOTION TO STAY
## CLAIMS AGAINST SPRINGFIELD DEFENDANTS

Defendants City of Springfield, Moises Zanazanian, Remington McNabb, and Sheila Rodriguez (collectively, the "Springfield Defendants") and Plaintiff Maura O'Neill, as administrator of the Estate of Madelyn E. Linsenmeir (the "Estate"), respectfully move to stay the Estate's claims against the Springfield Defendants.

As grounds, the moving parties state that they have reached an agreement to resolve the Estate's claims against the Springfield Defendants. The matter will be presented to the City Council next week. While the agreement is being finalized, the moving parties are requesting that the Court not take further action on the claims being settled.

The moving parties' agreement does not cover the Estate's claims against defendants Hampden County Sheriff's Department, Eileen Barrett, or Maureen Couture (collectively, the "HCSD Defendants"), who are not parties to that agreement. This motion does not seek any delay or stay as to the Estate's claims against the HCSD Defendants.

1

Dated: April 3, 2024

Respectfully submitted,

*/s/ Daniel L. McFadden*
Jessie J. Rossman (BBO # 670685)
Daniel L. McFadden (BBO #676612)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170

David Milton (BBO # 668908)
Prisoners' Legal Services of Massachusetts
50 Federal St.
Boston, MA 02110
(617) 482-2773

Martin M. Fantozzi (BBO # 554651)
Richard J. Rosensweig (BBO # 639547)
Julius Halstead (BBO # 705428)
Kiman Kaur (BBO #709943)
Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

*Attorneys for Plaintiff*


Defendants, City of Springfield and
Sheila Rodriguez, by their attorney,

*/s/ Lisa C. deSousa*
Lisa C. deSousa, Esq. BBO #546115
City of Springfield Law Department
1600 E. Columbus Ave., 2nd Floor
Springfield, MA 01103
Tel: (413) 787-6085
ldesousa@springfieldcityhall.com

Defendant Moises Zanazanian,
by his attorney,

*/s/ John K. Vigliotti*
John K. Vigliotti, Esq. BBO #642337
Reardon, Joyce & Akerson, P.C.
4 Lancaster Terrace
Worcester, MA 01609
Tel: (508) 754-7284
jvigliotti@rja-law.com

Defendant, Remington McNabb,
by his attorney,

*/s/ Kevin B. Coyle*
Kevin B. Coyle, Esq. BBO #103540
1299 Page Boulevard
Springfield, MA 01104
Tel: (413) 787-1524
attycoyle@aol.com

## LOCAL RULE 7.1 CERTIFICATE

I hereby certify that counsel for plaintiff conferred with counsel for the Springfield Defendants in a good-faith attempt to resolve or narrow the issues raised in this motion. The Springfield Defendants join this motion.

Dated: April 3, 2024                                                   */s/ Daniel L. McFadden*

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served on all parties through the Court's CM/ECF system.

Dated: April 3, 2024                                                   */s/ Daniel L. McFadden*