# Exhibit A



EGAN
FLANAGAN
& COHEN

| | |
|---|---|
| John J. Egan | **Senior Counsel** |
| Maurice M. Cahillane | |
| Richard J. Kos | Mary Egan Boland |
| Thomas E. Day˙ | Theodore C. Brown |
| Timothy J. Ryan | Paula C. Tredeau˙ |
| Lauren F. Olanoff | Robert L. Quinn |
| Michael G. McDonough° | |
| Katie Manzi McDonough° | ˙Also admitted in CT |
| Kevin D. Withers | □Also admitted in FL |
| Katherine A. Day□ | ˙Also admitted in TX |
| Michael J. Capozza | °Also admitted in NY |
| Rachel T. Woods | |
| Paul M. Bromwich | |

April 5, 2024

**VIA HAND DELIVERY**

Alexandria Cox

RE:   *Maura O'Neill, as administrator of the Estate of Madelyn E. Linsenmeir*
      *v. Hampden County Sheriff's Department, et al*
      *U.S. District Court, District of Mass., Civil Action No. 3:20-CV-30036*

Dear Alexandria:

      You are being served a federal deposition subpoena for Friday, April 12, 2024, at 2:00 p.m. **No one is taking action against you.** You are a witness in this case. You are required by federal law to give your deposition where the attorneys will ask you questions about this case, but you do not have to come to Springfield. We can provide you with a Zoom link that you can access from a computer or a cell phone. We can also try to be flexible and work around your schedule if the date or time does not work for you.

      Please call and talk with us, so we can explain this process better. You can reach me at (413) 737-0260 or email me at tday@efclaw.com. If I'm not available, please ask for Rhonda or Noah who both work in my office. They can also answer any questions or concerns you might have. Rhonda's email is rjz@efclaw.com and Noah's email is nrb@efclaw.com Thank you.

Very truly yours,

*Thomas Day*

Thomas E. Day

Encl.
/rjz
0056-180879\527469

---

67 Market Street | PO Box 9035
Springfield, MA 01102-9035
Phone: 413-737-0260
Fax: 413-737-0121

EGAN, FLANAGAN and COHEN, P.C.
ATTORNEYS AT LAW

efclaw.com

AO 88A  (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| Maura O'Neill, as Administrator of the Estate of | ) |
| *Plaintiff* | ) |
| v. | ) |
| Hampden County Sheriff's Department, et al | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.   3:20-CV-30036

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:          Alexandria Cox
             31 Helen Dr., West Boylston, MA 01583

*(Name of person to whom this subpoena is directed)*

☑ Testimony:  YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Egan, Flanagan and Cohen, P.C.<br>67 Market Street, P.O. Box 9035<br>Springfield, MA 01102-9035 | Date and Time:<br>04/12/2024 2:00 pm |
|---|---|

The deposition will be recorded by this method:    stenographer

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      04/04/2024

          *CLERK OF COURT*
                                        OR
                                             /s/ Thomas E. Day
_____        _____
*Signature of Clerk or Deputy Clerk*         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Hampden County Sheriff's Department
_____ , who issues or requests this subpoena, are:
Thomas E. Day, Esq., 67 Market Street, P.O. Box 9035, Springfield, MA 01102-9035; 413-737-0260; tday@efclaw.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  3:20-CV-30036

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Alexandria Cox
on *(date)*      April 8, 2024      .

☑ I served the subpoena by delivering a copy to the named individual as follows: To an agreed upon location at
1 Brattle Street, Worcester, MA (Brattle Street Market) at 3:22 PM . The witness provided server with a home
address of 1 Helen Drive, West Boylston, MA                      on *(date)*     April 10, 2024   ; or

☐ I returned the subpoena unexecuted because:


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$           40.00            .

My fees are $                        for travel and $                   for services, for a total of $       0.00      .


I declare under penalty of perjury that this information is true.

Date:     April 11, 2024

_____
*Server's signature*

Daniel B. Gately
*Printed name and title*


P.O. Box 282
Hadley, MA 01035

*Server's address*


Additional information regarding attempted service, etc.: