UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MAURA O'NEILL, as administrator of the Estate of Madelyn E. Linsenmeir,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SPRINGFIELD, *et al.*<br><br>Defendants. | C.A. No. 20-30036-MGM |

**MOTION FOR LEAVE TO FILE UNDER SEAL**
**PLAINTIFF'S MOTIONS IN LIMINE**

Pursuant to Local Rule 7.2 of the U.S. District Court for the District of Massachusetts, Plaintiff, Maura O'Neill, as administrator of the Estate of Madelyn E. Linsenmeir (the "Plaintiff"), respectfully moves for leave to file under seal Plaintiff's Motions in Limine.

As grounds, Plaintiff states that its Motions in Limine contain information that the parties have designated as confidential under the stipulated protective order entered in this case (Docket No. 64). Plaintiff will submit a redacted version of its Motions in Limine for the public docket. Plaintiff respectfully requests the Court to grant leave to file under seal an unredacted version of the Motions in Limine for the Court's review; Plaintiff will serve this unredacted version on counsel of Defendants for Hampden County Sheriff's Department, Eileen Barrett, and Maureen Couture (collectively, "HCSD"), who assent to this motion for leave to file under seal.

If the Court orders the filing to be sealed, the filing should remain sealed until further order of the Court.

Dated: April 23, 2024

Respectfully submitted,

Plaintiff Estate of Madelyn Linsenmeir,

*/s/ Kiman Kaur*
Jessie J. Rossman (BBO# 670685)
Daniel L. McFadden (BBO# 676612)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170

David Milton (BBO# 668908)
Prisoners' Legal Services of Massachusetts
50 Federal St.
Boston, MA 02110
(617) 482-2773

Martin M. Fantozzi (BBO# 554651)
Richard J. Rosensweig (BBO# 639547)
Julius Halstead (BBO# 705428)
Kiman Kaur (BBO# 709943)
Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

## LOCAL RULE 7.1 CERTIFICATE

I hereby certify that counsel for plaintiff conferred with counsel for the HCSD Defendants in a good-faith attempt to resolve or narrow the issues raised in this motion.

*/s/ Kiman Kaur*

Dated: April 23, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2024, the foregoing document was served on all counsel of record in the above-captioned matter through the Court's CM/ECF system.

*/s/ Kiman Kaur*

Dated: April 23, 2024