# EXHIBIT F

## DECLARATION OF ALEXANDRIA COX

I, Alexandria Cox, declare as follows:

1. My name is Alexandria Cox. I live in Massachusetts.

2. In early October 2018, I was incarcerated at the Western Massachusetts Regional Women's Correctional Center (the "WCC"). I was housed in a cell in the same housing unit as Madelyn Linsenmeir.

3. From my cell, I could see into Madelyn's cell. Additionally, we able to leave our cells at various times during the day and interact with staff and other prisoners in a common area.

4. I observed that Madelyn was very lethargic and at times seemed too weak to stand up or come out for meals. It was obvious to me that she was sick and needed medical attention.

5. I and other prisoners tried to speak up for Madelyn and asked the WCC staff members to get her medical attention, because it seemed like she became too weak and sick to speak up for herself. WCC staff members responded with disdain, including gestures such as rolling their eyes. Based on the reactions of WCC staff members, it was my impression that the WCC staff members assumed she was detoxing. I recall that a WCC staff member said to Madelyn, "this is what you do to yourself, this is what happens," or words to that effect.

6. This statement is a summary of my memory of these events. It does not include all the things that happened to me and Madelyn at the WCC. It does not include all of the interactions I witnessed between Madelyn, other prisoners, and WCC staff members.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 15, 2023.

_Alexandria Cox_
Alexandria Cox

1