UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| MAURA O'NEILL, AS ADMINISTRATOR OF THE ESTATE OF MADELYN E. LINSENMEIR,<br><br>PLAINTIFF<br><br>V.<br><br>HAMPDEN COUNTY SHERIFF'S DEPARTMENT AND MAUREEN COUTURE,<br><br>DEFENDANTS | CIVIL ACTION NO. 3:20-CV-30036 |

**AFFIDAVIT OF THOMAS E. DAY IN SUPPORT OF OPPOSITION OF THE HAMPDEN COUNTY SHERIFF'S DEPARTMENT AND MAUREEN COUTURE TO THE PLAINTIFF'S MOTIONS IN LIMINE**

I, Thomas E. Day, hereby declare, based on personal knowledge, as follows:

1. I am an attorney at the law firm of Egan, Flanagan and Cohen, P.C., and I am one of the counsel of record for the defendants, the Hampden County Sheriff's Department (the "HCSD") and Maureen Couture (together, the "HCSD Defendants") in the above-captioned matter.

2. I submit this affidavit in support of the HCSD Defendants' Motions in Limine.

3. Attached hereto as **Exhibit A** are the referenced pages of the deposition of Ms. Susan McCampbell.

Signed under the pains and penalties of perjury this 1st day of May, 2024.

*/s/ Thomas E. Day*
Thomas E. Day

1

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies of this document will be mailed, first-class mail, postage prepaid, to any unregistered participants on May 1, 2024.

                                       */s/ Thomas E. Day*
                                       Thomas E. Day