UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| MAURA O'NEILL, AS ADMINISTRATOR OF THE ESTATE OF MADELYN E. LINSENMEIR, PLAINTIFF<br><br>V.<br><br>HAMPDEN COUNTY SHERIFF'S OFFICE AND MAUREEN COUTURE,<br>DEFENDANTS | CIVIL ACTION NO. 3:20-CV-30036 |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as attorney for the defendants, Hampden County Sheriff's Department, and Maureen Couture, in the above-entitled matter.

    Respectfully submitted,

    HAMPDEN COUNTY SHERIFF'S OFFICE,
    AND MAUREEN COUTURE
    By their attorney,

    */s/ Marissa Fabbo*
    Marissa Fabbo, BBO #715127
    EGAN, FLANAGAN AND COHEN, P.C.
    67 Market Street
    P.O. Box 9035
    Springfield, MA 01102-9035
    (413) 737-0260

Dated: February 10, 2025    mf@efclaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies of this document will be mailed, first-class mail, postage prepaid, to any unregistered participants on February 10, 2025.

                                                */s/ Marissa Fabbo*