UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MAURA O'NEILL, as administrator of the Estate of Madelyn E. Linsenmeir,<br><br>                    Plaintiff,<br>v.<br><br>HAMPDEN COUNTY SHERIFF'S DEPARTMENT and MAUREEN COUTURE,<br><br>                    Defendants. | C.A. No. 20-30036-MGM |

**JOINT NOTICE OF SETTLEMENT**

The parties in the above-captioned action, by and through their undersigned counsel, hereby notify the Court that they have reached a settlement in this matter as to all claims asserted in this action and will file a Stipulation of Dismissal with the Court upon execution of the Settlement Agreement. The parties request that the Court stay the entry of an order of dismissal until such Stipulation is filed.

[*signatures on following page*]

| | |
|---|---|
| PLAINTIFF MAURA O'NEILL, *as administrator of the Estate of Madelyn E. Linsenmeir*, | DEFENDANTS HAMPDEN COUNTY SHERIFF'S DEPARTMENT and MAUREEN COUTURE, |
| By her attorneys, | By their attorneys, |
| /s/ *Jessie J. Rossman* | /s/ *Thomas E. Day* |
| Jessie J. Rossman (BBO# 670685)<br>Daniel L. McFadden (BBO# 676612)<br>Julian Bava (BBO# 712829)<br>Isabel Burlingame (BBO# 710027)<br>American Civil Liberties Union<br>Foundation of Massachusetts, Inc.<br>One Center Plaza, Suite 850<br>Boston, MA 02108<br>(617) 482-3170 | Thomas E. Day (BBO# 655409)<br>Lauren F. Olanoff (BBO# 669371)<br>Michael G. McDonough (BBO# 682128)<br>Marissa Fabo (BBO# 715127)<br>Egan, Flanagan & Cohen PC<br>67 Market Street<br>Springfield, MA 01102-9035<br>(413) 737-0260 |
| David Milton (BBO# 668908)<br>Prisoners' Legal Services of Massachusetts<br>50 Federal St.<br>Boston, MA 02110<br>(617) 482-2773 | |
| Martin M. Fantozzi (BBO# 554651)<br>Richard J. Rosensweig (BBO# 639547)<br>Kiman Kaur (BBO# 709943)<br>Goulston & Storrs PC<br>One Post Office Square<br>Boston, MA 02109<br>(617) 482-1776 | |

Dated: March 21, 2025

3

## CERTIFICATE OF SERVICE

    I, Kiman Kaur, hereby certify that on March 21, 2025, I served the foregoing document on all parties by filing it via the Court's CM/ECF system and that a copy will be sent via the CM/ECF system electronically to all counsel of record.

                                                            /s/ *Kiman Kaur*
                                                             Kiman Kaur

Dated: March 21, 2025