UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Maura O'Neill,<br>*Administrator of the*<br>*Estate of Madelyn E.*<br>*Linsenmeir* | ) ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 20-cv-30036-MGM |
| v. | ) ) ) | |
| Hampden County Sheriff's Department<br>and Maureen Couture | ) ) ) | |
| Defendants, | ) ) ) | |

ORDER OF DISMISSAL
March 21, 2025,

U.S.D.J. MARK G. MASTROIANNI

The court, having been advised on March 21, 2025, that the above-entitled action has been Settled.

IT IS ORDERED that this action is hereby dismissed between these parties without costs and without prejudice to the right of any such party, upon good cause shown, to reopen the action within Thirty (30) days if settlement is not consummated.

By the Court,

/s/ *Tamara Figueroa*
Tamara Figueroa
Deputy Clerk